UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ALLISON WILLIAMS,

                Plaintiff,                16-CV-8193 (VSB) (OTW)

       -against-                       **ORDER**

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of a hand-delivered letter from Plaintiff, dated July 14, 2019. Pursuant to the Court's Individual Practices, § I.a, all letters, other than those filed under seal, "must be filed electronically on the electronic filing system ('ECF')." If Plaintiff wants the Court to consider the letter, it must be filed on the docket.

**SO ORDERED.**

                                                                           _s/ Ona T. Wang_

Dated: July 16, 2019                                       **Ona T. Wang**
       New York, New York                  United States Magistrate Judge