**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALLISON WILLIAMS,

       Plaintiff,

-against-              16 CIVIL 8193 (VSB)

                  **JUDGMENT**

NEW YORK CITY HOUSING AUTHORITY,
BRIAN CLARKE, MICHAEL KELLY, and
MELISSA MARK-VIVERITO,

       Defendants.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 24, 2021, Defendants' motions for summary judgment dismissing Plaintiff's Amended Complaint are GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

  May 24, 2021

                    **RUBY J. KRAJICK**
                   _____
                   **Clerk of Court**
            **BY:**   *K. Mango*
                   _____
                   **Deputy Clerk**