UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ALLISON WILLIAMS, :
:
                Plaintiff, :
: 16-CV-8193 (VSB)
     - against - :
: **ORDER**
:
THE CITY OF NEW YORK, NEW YORK :
CITY HOUSING AUTHORITY, NEW YORK :
CITY COUNCIL SPEAKER MELISSA :
MARK-VIVERITO, MICHAEL KELLY and :
BRIAN CLARKE, :
:
                Defendants :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       In light of the Second Circuit's February 23, 2023 Order remanding and vacating my Opinion & Order filed on May 24, 2021, it is hereby

       ORDERED that the parties appear for a telephonic status hearing on March 28, 2023 at 11:00am.  The dial-in number is 888-363-4749 and the conference code is 2682448.

       IT IS FURTHER ORDERED that the parties meet and confer in preparation of this conference to discuss the status of the case and to identify any additional briefing they seek to undertake prior to the scheduling of a final pretrial conference.  Should either party contemplate filing additional briefing, they are ordered to propose a briefing schedule in their joint letter.

       IT IS FURTHER ORDERED that the parties submit a joint letter of no more than five pages on or before March 24, 2023 updating me on the status of the case.

SO ORDERED.

Dated: March 16, 2023
      New York, New York

                                       Vernon S. Broderick
                                       United States District Judge