UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
ALLISON WILLIAMS,                                      :
:
                    Plaintiff,        :
:          16-cv-8193 (VSB)
     - against -                             :
:                **ORDER**
:
THE CITY OF NEW YORK, et al.,                          :
:
                  Defendants.      :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On July 17, 2023, it was reported to me that the parties did not reach a settlement in this case. It is hereby:

      ORDERED that counsel for all parties appear for a pretrial conference on July 26, 2023 at 1:00pm in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Counsel should be prepared to discuss potential trial dates.

      IT IS FURTHER ORDERED that, no later than July 24, 2023, the parties shall file a joint letter advising the Court with available trial dates from February to July of 2024. Judge Broderick is scheduled for trial between April 1, 2024 to April 19, 2024.

      SO ORDERED.

Dated:     July 17, 2023
              New York, New York

                                                          Vernon S. Broderick
                                                           United States District Judge