**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**ALLISON WILLIAMS,**

                  **Plaintiff,**

   -against-

**THE CITY OF NEW YORK,** *et al.***,**

                  **Defendants.**
------------------------------------------------------------------X

**DECLARATION OF LESLIE R. BENNETT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

**CV-16-08193 (VSB)**

      Leslie R. Bennett declares, under penalty of perjury, that the following is true and correct:

      1.    I submit this declaration in support of the within motion of the Florestal Law Firm, PLLC, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, to withdraw as counsel for Plaintiff Sibyl Colon.

      2.    I and my firm, Leslie R. Bennett, LLC, acted in an of counsel capacity to the Florestal Law Firm, PLLC in the representation of Plaintiff Allison Williams in the within action.

      3.    In light of Ms. Williams's determination to terminate her relationship with the Florestal Law Firm, PLLC, my firm's involvement in this action has likewise been terminated.

      4.    Accordingly, I and my firm, Leslie R. Bennett, LLC join in the motion of the Florestal Law Firm, PLLC to be discharged, and request that I and my firm likewise be

1

2

discharged as counsel for Plaintiff Allison Williams.

Dated: Melville, New York
November 7, 2023

                                                               s/Leslie R. Bennett
                                                _____
                                                    Leslie R. Bennett