```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
  SIBYL COLON,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :    16-CV-4540 (VSB)
             - against -                                   :
                                                           :
                                                           :
  THE CITY OF NEW YORK, et al.,                            :
                                                           :
                              Defendants.                  :
                                                           :
----------------------------------------------------------- X
                                                           :
  ALLISON WILLIAMS,                                        :
                                                           :
                              Plaintiff,                   :
                                                           :
             - against -                                   :    16-CV-8193 (VSB)
                                                           :
                                                           :    ORDER
  THE CITY OF NEW YORK, et al.,                            :
                                                           :
                              Defendants.                  :
---------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

On December 20, 2023, I held a conference regarding the trial dates in both of the above-captioned matters. I directed the parties in *Colon*, as well as counsel for previously named Defendant Melissa Mark-Viverito, to inform me on or before January 3, 2024 of their availability to begin trial between February 5, 2024 and March 4, 2024. Plaintiff indicates that she is available for any trial date after February 5, 2024 and earlier than July 8, 2024. (Doc. 319.) Defendants indicate that they are available to begin trial on March 4, 2024, as there are key witnesses who are not available to begin trial on February 5, 2024, or February 12, 2024. (Doc. 320.) Counsel for previously named Defendant Melissa Mark-Viverito indicates that March 4,

2024 is the best date for trial for the New York City Council witnesses that have been listed on the Joint Pretrial Order. (Doc. 321.) According, it is hereby:

ORDERED that trial will begin in *Colon* on March 4, 2024 at 10:00 a.m.. The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Williams at: 140 Alcott Pl, Apt. 28K, Bronx, NY 10475.

SO ORDERED.

Dated: January 5, 2024
New York, New York

Vernon S. Broderick
United States District Judge