# MADUEGBUNA COOPER LLP

ATTORNEYS AT LAW
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 232-0155
FAX: (212) 232-015
www.mcande.co

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 5/20/2024

The conference scheduled for May 22, 2024 is hereby adjourned.

May 16, 2024

**VIA ELECTRONIC CASE FILING**
Hon. Vernon S. Broderick
United States Courthouse
40 Foley Square
New York, NY 10007

          Re:    **Allison Williams v. New York City Housing Authority**
                   **Docket No.: 16-cv-8193(VSB)**

Dear Judge Broderick:

    We have just been retained by Allison Williams, the plaintiff in the above-referenced matter, to take over and continue the prosecution of this litigation.

    We write, with the consent of counsel for Defendants, to request a 21-day stay of proceedings in this matter and an adjournment of the telephonic conference currently scheduled for May 22, 2024.

    The reason for this request is twofold; first, we are still in the process of securing Plaintiff's complete case file from her since discharged attorneys. Second, the requested stay will enable us to fully review the fairly substantial record in this case and become familiar with the claims and defenses as well as the discovery conducted.

    The requested stay will allow us to come up to speed with this matter, and therefore lead to the orderly and efficient prosecution of this matter, that is set for trial.

    Counsel for the City defendants indicates a preference and Plaintiff agrees that this matter be first referred to the magistrate judge for a settlement conference before being set for trial.

    We thank the Court for its consideration of this request.

                                            Very truly yours,

                                            Samuel O. Maduegbuna