**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ALLISON WILLIAMS,                                        :
                                                        :
                            Plaintiff,                  :          16-CV-8193 (VSB) (OTW)
                                                        :
                      -against-                         :          **ORDER**
                                                        :
CITY OF NEW YORK, et al.,                               :
                                                        :
                            Defendants.                 :
                                                        :
                                                        :
------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court will hold a **Confidential Settlement Conference Call** with Plaintiff's counsel only on **Wednesday, November 6, 2024, at 4:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

       The Court will hold a **Confidential Settlement Conference Call** with Defendants' counsel on **Wednesday, November 6, 2024, at 4:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

       **SO ORDERED.**

                                       *s/ Ona T. Wang*

Dated: October 29, 2024                                **Ona T. Wang**
      New York, New York                              United States Magistrate Judge